UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                              Plaintiff,<br><br>v.<br><br>GANNON GIGUIERE, OLIVER-BARRET LINDSAY, ANDREW HACKETT, KEVIN GILLESPIE, and ANNETTA BUDHU,<br><br>                              Defendants. | Case No.:  18-cv-1530-WQH-JLB<br><br>**ORDER** |

HAYES, Judge:

    On July 6, 2018, Plaintiff Securities and Exchange Commission filed the Complaint in this action against Defendants Gannon Giguiere, Oliver-Barret Lindsay, Andrew Hackett, Kevin Gillespie, and Annetta Budhu. (ECF No. 1). The Complaint alleges violations of Section 10(b) of the Securities Exchange Act and Rules 10b-5(a) and (c)

1

resulting from Defendants' alleged schemes to "pump and dump" the common stock of three issuers—Kelvin Medical, Inc., Arias Intel Corp., and Eco Science Solutions, Inc.[1]

On July 6, 2018, the United States of America moved to unseal a four-count criminal indictment charging Gannon Giguiere, and Oliver Lindsay with conspiracy and securities fraud relating to a "pump and dump" scheme involving Kelvin Medical, Inc. stock, and charging Gannon Giguiere with conspiracy and securities fraud relating to a "pump and dump" scheme involving Eco Science Solutions, Inc. stock. *See United States of America v. Giguiere et al.*, No. 18-cr-3071-WQH.

On July 6, 2018, the United States of America moved to unseal a two-count indictment charging Andrew Hackett, Annetta Budhu, Vikram Khanna, Kuldeep Sidhu, and Kevin Gillespie with conspiracy and securities fraud relating to a "pump and dump" scheme involving Arias Intel Corp. stock. *See United States of America v. Hackett et al.*, No. 18-cr-3072-BTM.

On October 24, 2018, the Court issued an Order granting United States of America's Motion to Intervene and Stay Proceedings pending resolution of the parallel criminal proceedings and requiring United States of America to file a status report "addressing the proceedings in the parallel criminal proceedings" every ninety days. (ECF No. 44 at 6).

On June 14, 2022, United States of America filed a Status Report. (ECF No. 75). The Status Report states:

> The [c]riminal [c]ases have resolved by way of plea or trial, and the living defendants have been sentenced, except that restitution is outstanding as to the *U.S. v. Hackett* defendants …. It is the view of the United States that relevant

---

[1] "In a 'pump and dump' scheme, a group of individuals who control the 'free trading' shares of an issuer with a thinly-traded stock, also referred to as the issuer's 'float,' inflate the issuer's share price and trading volume through, among other things, engaging in wash and matched trading, issuing false or misleading press releases, and paying for stock promotions. When the issuer's share price reaches a desirable level or target price, the individuals 'dump' their shares into the buying volume generated during the 'pump' phase for substantial financial gain." (ECF No. 1 ¶ 11 n. 1).

factors no longer weigh strongly in favor of a continued stay of the civil proceedings. The United States therefore supports lifting the stay.

(*Id.* at 2-3).

The dockets in *U.S v. Giguiere* and *U.S. v. Hackett* reflect that the defendants in the parallel criminal proceedings have been sentenced and judgment has been entered. (*See U.S v. Giguiere*, ECF Nos. 283-84, 288-89; *U.S. v. Hackett*, ECF Nos. 326, 331, 352-53, 370-71, 412-13). The Court concludes that a stay of this action is no longer warranted.

IT IS HEREBY ORDERED that the stay of this action (*see* ECF No. 44) is lifted.

Dated: June 16, 2022

Hon. William Q. Hayes
United States District Court