UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>GANNON GIGUIERE, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 18-cv-01530-WQH-JLB<br><br>**ORDER GRANTING MOTION TO FILE AN EXTENSION RE: DISCOVERY**<br><br>**[ECF Nos. 100, 106]** |

　　　　Before the Court is Defendant Andrew Hackett's Motion to File an Extension (ECF No. 100), which Plaintiff Securities and Exchange Commission does not oppose (*see* ECF No. 106). Defendant Hackett, proceeding *pro se*, requests that the Court "allow an extension on the discovery due on Nov[ember] 7th[, 2022]." (ECF No. 100 at 1.)

　　　　The Court notes no schedule has been issued and no deadline for the completion of discovery has been set yet. However, the Court construes the instant motion as a motion to extend the deadline for submitting an Early Neutral Evaluation ("ENE") statement as required by the Court's Notice and Order Setting Early Neutral Evaluation and Case Management Conferences (ECF No. 97). *See Estelle v. Gamble*, 429 U.S. 97, 106 (1976)

1

1 ("[A] handwritten pro se document is to be liberally construed."); Fed. R. Civ. P. 8(e) ("Pleadings must be construed so as to do justice.").

Good cause appearing, the Court hereby **GRANTS** Defendant Hackett's motion as construed. The deadline for Defendant Hackett to **lodge** an ENE statement with Judge Burkhardt's chambers is extended to **November 30, 2022**. All deadlines and requirements regarding the ENE Conference not otherwise modified by this Order remain in effect.

**IT IS SO ORDERED.**

Dated: November 21, 2022

_____
Hon. Jill L. Burkhardt
United States Magistrate Judge