CHRISTOPHER J. DUNNIGAN (NYS Bar No. 3054525)
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
100 Pearl Street, Suite 20-100
New York, NY 10004-2616
Telephone: (212) 336-1100
Email: dunnigancj@sec.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GANNON GIGUIERE,<br>OLIVER-BARRET LINDSAY,<br>ANDREW HACKETT,<br>KEVIN GILLESPIE, AND<br>ANNETTA BUDHU,<br><br>Defendants. | Case No.:  18-cv.-1530 (WQH/JLB)<br><br>**MOTION TO REOPEN CASE AS TO DEFENDANTS OLIVER-BARRET LINDSAY AND GANNON GIGUIERE** |

    Plaintiff Securities and Exchange Commission ("Commission") respectfully submits this motion to reopen the Commission's action as to defendants Oliver-Barret Lindsay ("Lindsay") and Gannon Giguiere ("Giguiere").  The Court has issued partial consent Judgments as to these two defendants, which resolve the merits of the case against them and imposes injunctive relief. (Docket Nos. 79 & 138.) The Judgments leave open for the Court's resolution the issue of monetary relief, specifically civil penalties and disgorgement, upon a motion filed by the Commission at a later date, if

the parties do not come to a settlement on these terms.[1]  The Commission therefore respectfully requests that the Court order the Office of the Clerk to reopen this matter as to Lindsay and Giguiere.

The Commission does not request that the Court order the Office of the Clerk to reopen this matter as to defendant Kevin Gillespie ("Gillespie").  While this matter has been administratively terminated as to Gillespie after the entry of a partial consent Judgment against Gillespie (Docket No. 89), the Commission does not intend to move for civil penalties or disgorgement against Gillespie, which was left open in Section IV of the Judgment, based on the relief imposed in the related criminal action, *United States v. Gillespie*, 18-cr.-3072 (S.D. Cal.) (BTM).

Dated: April 25, 2023

/s/ Christopher J. Dunnigan
Christopher J. Dunnigan
Securities and Exchange Commission
Division of Enforcement
New York Regional Office
100 Pearl Street, Suite 20-100
New York, NY 10004-2616
E-mail: dunnigancj@sec.gov
Attorney for Plaintiff
Securities and Exchange Commission

---

[1] The Commission and defendant Lindsay are in settlement talks.  In addition to seeking to resolve the aforementioned monetary aspects of the case, the parties seek to resolve the outstanding issue of a penny stock bar as defined under Rule 3a51-1 of the Securities Exchange Act of 1934 [17 C.F.R 240.3a51-1].  Although this relief was not addressed in Lindsay's Judgment, the Commission seeks it as to all Defendants as requested in Section IV of the Second Amended Complaint (and earlier iterations of the Complaint). (Docket Nos. 1, 92 & 136.)

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action.  My business address is:

 U.S. SECURITIES AND EXCHANGE COMMISSION
 100 Pearl St., Suite 20-100, New York, NY 10004-2616
 Tel.: (212) 336-0061

On April 25, 2023, I caused to be served the document entitled **JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION AND CASE MANAGEMENT CONFERENCES** on all the parties to this action addressed as stated on the attached service list:

☐  **OFFICE MAIL:**  By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices.  I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐  **PERSONAL DEPOSIT IN MAIL:**  By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service.  Each such envelope was deposited with the U.S. Postal Service at New York, NY, with first class postage thereon fully prepaid.

☐  **EXPRESS U.S. MAIL:**  Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at New York, NY, with Express Mail postage paid.

☐  **HAND DELIVERY:**  I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☒  **UNITED PARCEL SERVICE:**  By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at New York, NY.

☐  **ELECTRONIC MAIL:**  By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒  **E-FILING:**  By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐  **FAX:**  By transmitting the document by facsimile transmission.  The transmission was reported as complete and without error.

 I declare under penalty of perjury that the foregoing is true and correct.

Date: April 25, 2023         /s/ Christopher J. Dunnigan
                  Christopher J. Dunnigan

*SEC v. Giguiere*

**United States District Court—Southern District of California**

**Case No. 18CV1530 WQH JLB**

<u>**SERVICE LIST**</u>

Miriam G. Bahcall, Esq.
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601

***Counsel for Defendant Gannon Giguiere (by E-File)***

Michael L. Lipman, Esq.
Karen Lehman Alexander, Esq.
Duane Morris LLP
750 B. Street, Suite 2900
San Diego, CA 92101

***Counsel for Defendant Oliver-Barret Lindsay (by E-File)***

Saul Roffe, Esq.
Law Offices of Saul Roffe, Esq.
52 Homestead Circle
Marlboro Township, NJ 07746

***Counsel for Defendant Kevin Gillespie (by E-file)***

Andrew Hackett
71342-298
FCP Yankton
P.O. Box 700
Yankton, SD 57078

***Defendant pro se (by UPS)***