**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GANNON GIGUIERE,<br>OLIVER-BARRET LINDSAY,<br>ANDREW HACKETT,<br>KEVIN GILLESPIE, AND<br>ANNETTA BUDHU,<br><br>Defendants. | Case No.: 18-cv.-1530-H-JLB |

**<u>DECLARATION OF CHRISTOPHER J. DUNNIGAN</u>**

I, Christopher J. Dunnigan, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a Senior Trial Counsel for Plaintiff Securities and Exchange Commission ("Commission"). I am lead counsel for the Commission in this action. I submit this declaration in support of the Commission's Memorandum of Points and Authorities in Opposition to Defendant Andrew Hackett's ("Hackett") Motion to Re-Open Discovery (the "Motion"). (Dkt. No. 193.)

2. The Commission served its initial disclosures pursuant to FRCP 26 on November 7, 2022. The Commission's initial disclosures do not identify any of the 13 individuals referenced in the Motion.

3. Attached as Exhibit A is page 47 of Hackett's October 26, 2023 deposition in this matter.

4. Attached as Exhibit B is a March 25, 2023 email from Hackett to the Commission.

5. Attached as Exhibit C is an April 4, 2024 letter from criminal counsel for Hackett to the United States Attorney's Office for the Southern District of California.

New York, New York
April 22, 2024

/s/ Christopher J. Dunnigan________
Christopher J. Dunnigan

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION
100 Pearl St., Suite 20-100, New York, NY 10004-2616
Tel.: (212) 336-0061

On April 22, 2024, I caused to be served the document entitled **DECLARATION OF CHRISTOPHER J. DUNNIGAN** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at New York, NY, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at New York, NY, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at New York, NY.

☒ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: April 22, 2024

/s/ Christopher J. Dunnigan
Christopher J. Dunnigan

***SEC v. Giguiere***

**United States District Court—Southern District of California**

**Case No. 18-cv.-1530-H-JLB**

**SERVICE LIST**

Miriam G. Bahcall, Esq.
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601

***Counsel for Defendant Gannon Giguiere (by E-File)***

Andrew Hackett (andrewgy@gmail.com)

(By Email)

***Defendant pro se (by Electronic Mail)***