**FILED**

MAY 13 2024

CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

SECURITIES EXCHANGE
COMMISSION,

                    Plaintiff,

    vs.

GANNON GIGUIERE. et al..

                 Defendants.

Case No.: 18-cv.-01530-WQH-JLB

---

## DECLARATION OF ANDREW HACKETT

I, Andrew Hackett, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am the defendant in this action before the Court. I submit this declaration in support of the Defendant Andrew Hackett's Motion to Reopen Discovery. (Dkt. No. 193).

2. Attached as Exhibit 1 is a relevant portion of a FINRA report regarding WRIT Media Group, Inc. (WRIT).

3. Attached as Exhibit 2 is a *Washington Post* article dated March 9, 2024 titled *"FBI informant accused of smearing Bidens had past credibility issues."*

4. Attached as Exhibit 3 is pages 326-327 of the Jury Trial—Day 2 Transcript from the parallel criminal case. Case No. 18cr3072-TWR. (Dkt. No. 342).

5. Attached as Exhibit 4 is a *The Guardian* article dated March 14, 2024 titled *"US firm that paid indicted FBI informant tied to Trump associates, records reveal."*

6.  Attached as Exhibit 5 is a *Associated Press* articled dated March 4th, 2024 titled *"How clean is the dirt on Hunter Biden? A key Republican source is charged with lying to the FBI."*

7.  Attached as Exhibit 6 is a FBI transcription of a recorded phone call between Andrew Hackett, "Citation," "Alex," and "Denis."

8.  Attached as Exhibit 7 is a relevant portion of SEC BlueSheet Trading data.

San Diego, California

May 11, 2024

/s/ Andrew Hackett

Andrew Hackett



**Financial Industry Regulatory Authority**

Paul G. Lane
Director
Office of Fraud Detection
and Market Intelligence

## FOIA CONFIDENTIAL TREATMENT REQUEST
### Pursuant to 17 C.F.R § 200.83

July 28, 2016

Office of Market Intelligence
U. S. Securities and Exchange Commission
100 F Street, NE
Washington, DC  20549

Re:   **WRIT Media Group, Inc. (WRIT)**
       **GreatPennyPicks.com (Stock Promoter)**
       **FINRA Matter No. 20160504596**

To the Office of Market Intelligence:

In connection with our referral of the above-referenced matter, we are enclosing copies of the following documents:

| DESCRIPTION | IDENTIFICATION |
|---|---|
| **FINRA Referral Report** **FINRA Matter No. 20160504596** | **WRIT, GreatPennyPicks.com** **Pages 3-20** |

FINRA hereby claims that all materials provided to the Securities and Exchange Commission (SEC or the Commission) related to this referral, including this letter and the materials accompanying this letter, are entitled to confidential treatment and should be exempt from disclosure pursuant to the enumerated exemptions in the Freedom of Information Act, including, but not limited to: FOIA Exemptions 4 (privileged and/or confidential trade secrets and/or commercial or financial information obtained by the SEC),[1] 7 (investigatory records obtained by the Commission in connection with a potential law enforcement proceeding),[2]  and 8 (information "contained in, or related to, any examination, operating, or condition report prepared by, on behalf of, or for the use of, the Commission, or any securities self-regulatory organization, responsible for the regulation or supervision of financial institutions).[3]  In addition, we believe that the protections available under the Privacy Act of 1974[4] also are applicable to the documents.

This claim of confidentiality shall continue indefinitely unless we advise you otherwise.

Accordingly, we expect that all documents and copies of documents produced in connection with this referral, including this letter and emails transmitted to or

---

[1]  5 U.S.C. § 552(b)(4) and Commission Rule 80(b)(4), 17 C.F.R. 200.80(b)(4), implementing this exemption.
[2]  5 U.S.C. § 552(b)(7) and Commission Rule 80(b)(7), 17 C.F.R. 200.80(b)(7), implementing this exemption.
[3]  5 U.S.C. § 552(b)(8) and Commission Rule 80(b)(8), 17 C.F.R. 200.80(b)(8), implementing this exemption.
[4]  5 U.S.C. § 552a.

15200 Omega Drive
Suite 210
Rockville, MD

t 240 386 4000
www.finra.org

SC14-Reports-001931

Office of Market Intelligence
U.S. Securities and Exchange Commission
July 28, 2016

damages and civil penalties, and Seth Kramer was barred from future participation in any U.S. Department of Housing and Urban Development (HUD) programs.[3]

## IV.    Prior FINRA Fraud Surveillance Report to the Commission on WRIT

In May 2011, FINRA's Fraud Surveillance Section sent a report to the Commission detailing a suspected "pump-and-dump" scheme involving WRIT [then known as Writers' Group Film Corp. ("WRIT")].  See, FINRA Matter No. 20110267123, dated May 4, 2011.  The report noted, among other things, that the company was the subject of a highly suspect internet and email promotional campaign which included claims that "WRIT has lit a fire in the market and there's not a hose in sight!"  The report also noted that two foreign accounts in the name of Gibraltar Global Securities sold 62.96 million WRIT shares for proceeds of more than **$3.3 million** during the promotional campaign.  Mitchell was noted in the report for his role as WRIT's chief financial officer and treasurer.

Since June 2011, FINRA Fraud Surveillance has received three requests from the Commission for copies of the investigative evidence it gathered in connection with its WRIT investigation.  See, FINRA Matter Nos. 20110282267, 20160487234, and 20160492359.  Most recently, in March 2016, Sarah Lamoree, SEC, Washington, DC [202-551-5893], requested copies of the evidence.  See, FINRA Matter No. 20160492359.

## V.    Suspicious Press Releases

During the period May 3 through July 21, 2016, WRIT issued several suspicious press releases announcing various corporate developments.  Below are several such press releases:

- May 3, 2016: WRIT announces that it has "entered into exclusive negotiations" with private equity firm Pandora Venture Capital Corp. ("Pandora") to acquire a controlling interest in Pandora's "digital currency technologies."

    Pandora was incorporated in the State of Florida on May 9, 2014.  The company's sole officer is listed in Florida state incorporation records as Boris Nayflish ("Nayflish").  The incorporation records identify Pandora's mailing address as 5943 W. Forest View Court, Unit E, Franklin, Wisconsin.  A Google Maps search of this address appears to show that this is a residential address.  Nayflish's LexisNexis profile reflects that he is associated with the address 6101 N. Green Bay Avenue, Apartment 202, Milwaukee, Wisconsin.  This address also appears to be a residential address.

---

[3] See, U.S. Attorney's Office for the Southern District of New York press release, titled "Manhattan U.S. Attorney Recovers $1.2 Million from Lender in Civil Mortgage Fraud Case," dated December 2, 2011.

# FBI informant accused of smearing Bidens had past credibility issues

**Alexander Smirnov revealed his FBI role as he chased financial deals that caused him legal trouble, at one point listing what appeared to be a traffic median as his home address**



By <u>Isaac Stanley-Becker</u>

March 9, 2024 at 7:00 a.m. EST

When a Los Angeles internet entrepreneur decided that his company should lend money to Alexander Smirnov, an Israeli American businessman fluent in four languages, he did so in part because Smirnov boasted of a highly respectable background.

'He was representing himself as working for the FBI," Dmitry Fomichev recalled in an interview about the 2012 loan, which Fomichev would later say in a lawsuit Smirnov never repaid. "He said, 'I'm a very powerful guy.'"

Several years later, Smirnov again disclosed his work with law enforcement to investors who put up $100,000 in cash for a company he was touting called Grand Pacaraima Gold Corp., the investors later alleged in a suit of their own against Smirnov.

It was true: Smirnov was a source for the FBI. But as a confidential informant, he wasn't supposed to be broadcasting his government work, and experts and former agents said his apparent decision to do so raises significant questions about his credibility.

Smirnov's work with the FBI burst into public view last month when federal prosecutors accused him of lying to authorities about a multimillion-dollar bribery scheme involving President Biden and his family.

The 37-page indictment blew a hole in the Republican-led effort to impeach Biden, which drew on the bribery allegation. At the same time, the indictment raised puzzling questions: How did Smirnov go from a low-profile businessman and emigrant from Soviet Ukraine to an FBI informant? And how did he then go from a valued government asset for more than a decade to what prosecutors now describe as a liar and conduit for Russian disinformation?

While mostly based in California, Smirnov led a peripatetic life that, according to court documents, included frequent foreign travel to Ukraine, Israel and various European countries. He once listed his home address at a location that appeared actually to be a traffic median, records show. Multiple times, aggrieved business associates grew so suspicious of his activities that they hired private investigators to learn more about him, according to interviews and court filings.

A review of Smirnov's business record, as well as years of legal disputes involving the 43-year-old, point to what former agents said were problems with his credibility that should have raised red flags for the government long before prosecutors charged him with lying. Especially glaring is the possibility that he was disclosing his government work, they said.

 **Follow** Election 2024          Follow

'That's a cardinal sin," said Robert Mazur, a former undercover agent who helped manage informants.

Smirnov's revelations should have caused the FBI to drop him as a source or at least "read him the riot act" and become highly suspicious of him, said Jerry Hester, a former FBI agent who worked organized-crime cases involving informants.

Informants are key to the FBI's work, and agents often rely on unsavory characters who gain the trust of suspected criminals to gather evidence of unlawful activity. Still, Hester said, informants are admonished that divulging their role jeopardizes sensitive government probes.

If he did that, I would have immediately closed him for cause," Hester said. "If you're out telling people you're working for the Bureau, you're of no value to me."

An FBI spokeswoman declined to comment.

Smirnov pleaded not guilty last month to making false statements to a federal agent and falsifying records. He has been jailed in Los Angeles pending his trial. His attorneys, David Z. Chesnoff and Richard A. Schonfeld, declined to answer questions about his past, saying, "inquiries into his prior business dealings only deflect from the important question of the accuracy of his prosecution."

# An immigrant and FBI informant

As an FBI source, Smirnov passed along information used in criminal investigations, according to prosecutors. His indictment states that Smirnov was sometimes authorized to break the law to help further investigations but that he was repeatedly instructed to tell the FBI the truth.

Instead, prosecutors allege, Smirnov presented information in 2020 that he knew to be false: He reported that Biden and his son Hunter each took $5 million to help the Ukrainian energy giant Burisma avoid prosecution in the former Soviet republic.

The indictment was brought in federal court in Los Angeles by special counsel David C. Weiss, who has also lodged tax and gun charges against the president's son. In asking a federal judge to keep Smirnov behind bars until trial, prosecutors argued that the onetime informant claimed extensive foreign contacts, including to Russian intelligence agencies. They portrayed him as part of an ongoing foreign plot to interfere with U.S. democracy by spreading disinformation about the Bidens.

An attorney for Smirnov said in court last month that any sensitive connections he was cultivating overseas came "at the direction of the government." Meanwhile, Smirnov's record in the United States reveals little that would establish whether he actually had ties to foreign intelligence agencies. A spokesman for the special counsel declined to comment.

Smirnov grew up in Ukraine when it was still part of the Soviet Union and was raised speaking Russian, according to a declaration submitted to the court by his cousin, Linor Shefer, a real estate agent and reality TV star living in Florida. She declined to comment.

Prosecutors say Smirnov lived in Israel between 1992 and 2006, and that his parents and sister still reside there. Between 2000 and 2006, he served as president of a "private mineral and logistic operation, with assets in Russia," according to a filing with the Securities and Exchange Commission by a penny-stock company that sought to appoint him chairman of its board in 2011. The filing said Smirnov was fluent in Russian, English, Hebrew and Arabic.

By 2010, he was in the Milwaukee area, where he was going through a divorce, records show. Authorities have not said how he began working as an FBI source around the same time. But records show he soon headed west and lived in various parts of California with a woman, Diana Lavrenyuk, whom his attorneys have described in court documents as his "long term significant other." Two years ago, prosecutors say, he relocated to Las Vegas.

Smirnov was living there, in a condo owned by Lavrenyuk, when he was arrested last month after disembarking from an international flight, according to prosecutors. Prosecutors portrayed Smirnov to the judge as a globe-trotting operator with no employment in Las Vegas but a range of murky business dealings.

Family members, by contrast, characterized him as a well-meaning immigrant enfeebled by an eye disease and firmly ensconced in the United States. "Alex has spent almost half his life here, more than he lived in any other country," Shefer told the court, saying her cousin had "family, friends, and business partners in the United States that he would never jeopardize."

Lavrenyuk's adult son, a U.S. Marine Corps veteran and employee of the U.S. Labor Department, attested in a letter to the judge: "Alex always keeps his word. Family is everything for Alex, and he would not disappoint them by fleeing." He didn't respond to requests for comment.

Smirnov, for his part, said little when he appeared last month in court to plead not guilty and answer "yes" or "no" to routine questions from a federal judge. He was unshaven with trim dark hair and glasses.

# Constant travels

Smirnov's time in California appeared to carry with it warning signs about his reliability as an FBI source.

Not long after he arrived, American Express sued him in 2013 to recover more than $100,000 in unpaid charges, according to filings in California Superior Court.

His loan from Fomichev's company, D&D Marketing, totaled $500,000 and was to be repaid within a year along with 5 percent interest, court records show. Fomichev, who was indicted in 2013 on tax and immigration charges and sentenced to three months of probation, said he received "not even one dollar back."

In early 2015, D&D Marketing sued Smirnov for breach of contract and other allegations. The saga of the company's months-long effort to figure out where Smirnov really lived, described in that lawsuit, sheds light on the informant's mysterious lifestyle.

Smirnov was initially served a copy of the suit outside of a Los Angeles Rite Aid pharmacy, according to court papers. But when the plaintiffs sought to locate him again, he eluded their grasp, they explained in filings. One address Smirnov provided did not exist. Another was inside a gated community where the leasing office reported that Smirnov had moved out long ago.

In 2016, Smirnov found a Los Angeles lawyer and sought to fight a proposed default judgment of about $600,000, arguing in a filing that he had not been properly served.

"As part of my job I am constantly traveling," he wrote.

Between March 2015 and April 2016, Smirnov wrote, he had been on at least six overseas trips, including to Israel and Ukraine; to Mexico; to Israel, Ukraine, Italy and Spain; again to Ukraine; again to Italy; and to Austria and the Czech Republic.

He told the court that he lived at an address in San Francisco. But Erin Brady, a lawyer for the company who later became a deputy attorney general with the California Department of Justice, quickly informed the court that the address corresponded not to a home but to a traffic median.

Neither Brady nor Smirnov's attorney at the time responded to a request for comment.

In September 2016, the court finally rejected Smirnov's bid to quash the judgment and ordered him to pay. The same year, Fomichev was sued by the Consumer Financial Protection Bureau for allegedly buying and selling fraudulent loan applications, but the case was dismissed in part because Fomichev had suffered a "psychotic break" and had been committed to a psychiatric hospital. Fomichev declined to comment on the episode.

By then, Smirnov was facing other accusations of breach of contract and fraud. In May 2016, two investors in Grand Pacaraima Gold Corporation sued him, alleging that he had pocketed their money and produced fake stock certificates. Smirnov, according to the complaint, "told Plaintiffs he was cooperating with authorities regarding fraud that did not involve Plaintiffs."

The plaintiffs in the case had been indicted the year before in San Francisco as part of a wide-ranging racketeering and money laundering case.

Joseph Benincasa, an attorney who represented the plaintiffs, said he didn't think there was a connection between the two cases. But the fact that the people suing Smirnov were also government targets suggested to Hester, the former FBI agent, that Smirnov may have assisted the government in its case.

When informants are authorized to engage in what's called "otherwise illegal activity" — conduct that would normally be criminal but is sanctioned to aid an investigation — they're held to certain standards, Hester said. They're expected to respond to legal complaints and not take money from the schemes, he said.

Once again, the plaintiffs reported difficulty locating Smirnov, court records show.

An investigator retained by the plaintiffs eventually spoke with Smirnov, who said he had returned to Wisconsin from California. According to email correspondence included in court filings, a manager at the apartment complex where Smirnov said he was living told the investigator that the unit's tenant was actually a man named Boris Nayflish.

"His brother, Alexander Smirnov, stays with him," the investigator wrote.

# Crypto profits

Records show Nayflish is not Smirnov's brother but was, in fact, formerly married to Smirnov's current significant other.

The two men are bound together by business interests, documents show, including in companies that are now key to allegations from prosecutors that Smirnov has been dishonest with the government about his finances.

In Wisconsin, Nayflish is a prominent local advocate for Ukraine, helping to forge a sister-city relationship between Milwaukee and Irpin, and speaking out against Russia's 2022 offensive against its neighbor. In an interview with the Milwaukee Independent, he said he was born in Soviet Uzbekistan to Ukrainian parents and came to the United States in 1997, landing with his family at Chicago's O'Hare International Airport with $800 in his pocket and making his way to Milwaukee.

On LinkedIn, Nayflish identifies himself as the director of global operations for Bitoftrade, a cryptocurrency trading platform. Smirnov has a significant stake in that company, according to an attorney for a Texas-based conglomerate, Economic Transformation Technologies Corporation, which recently bought out Smirnov's stock in the crypto platform. The Texas-based conglomerate paid him $600,000 for the acquisition in 2020, according to the lawyer, James Daily.

Prosecutors cited the $600,000 transfer into a bank account they say is controlled by Smirnov and his significant other as evidence of the former informant's murky business dealings. They said he had access to $6 million — acquired through "large wire transfers from what appear to be venture capital firms and individuals" — but failed to properly disclose his assets after his arrest.

Bitoftrade's website advertises "advanced crypto trading features." People who have been identified as Bitoftrade employees, either on its website or on LinkedIn, span the United States, Canada, Cyprus, Ukraine and Israel. Current and former employees either declined to comment or did not respond.

# Credibility

Discussions about cryptocurrency enabled some of Smirnov's early dealings with Burisma, the Ukrainian energy giant that in 2014 put Biden's son Hunter on its board. In 2017, according to prosecutors, Smirnov presented Burisma as a potential partner for an unidentified American associate in the cryptocurrency business.

Smirnov was first introduced to Burisma leaders through Alexander Ostapenko, a Ukrainian government adviser and businessman who, as of 2020, worked for the CEO of a cryptocurrency business, according to an FBI document memorializing what prosecutors now say is Smirnov's fabrication about the Bidens taking bribes from Burisma.

Neither Ostapenko nor the cryptocurrency CEO, Valery Vavilov, responded to requests for comment.

The FBI document was released by Sen. Chuck Grassley (R-Iowa) last summer as part of a Republican effort to press the FBI for details about the bribery allegations. In it, Smirnov's name was not included, and he was described only as a confidential human source. The unsubstantiated claims in the document soon became a foundation of the House GOP's impeachment inquiry into Biden, and Smirnov's identity was only revealed publicly by prosecutors when they indicted him last month.

In October 2023, several months after Grassley's release, Scott Brady, the former U.S. attorney for the western district of Pennsylvania, appeared before the GOP-controlled House Judiciary Committee to answer questions about the claims. Brady, who did not respond to a request for comment, had been tasked in 2020 by then-Attorney General William P. Barr to review information about Biden gathered in Ukraine by Trump attorney Rudy Giuliani.

Brady characterized the bribery claims as not thoroughly vetted as of 2020. At the same time, he told the committee that it was "correct" that the FBI considered that person credible at the time of the allegations.

*Devlin Barrett, Dalton Bennett, Alice Crites, Chris Dehghanpoor, Razzan Nakhlawi and Aaron Schaffer contributed to this report.*

1   Q.   And Mr. Lee -- strike that for a second.

2        Mr. Lee was someone that you paid, like you did all

3   your salespeople, on a regular basis; right?

4   A.   Correct.

5   Q.   Okay.  You issued checks to him from Avalon; correct?

6   A.   Yes.

7   Q.   And that's based on the reports of what Mr. Lee sold to

8   various and sundry investors out there; right?

9   A.   Yes.

10  Q.   Now, when you created these reports -- can we pull up

11  305, please.

12       This is an example -- this is one of the invoices

13  that you sent to Liana Millhouse; right?

14  A.   Yes.

15  Q.   And where did you get this information?

16  A.   I tracked every trade that we -- that my agents sold so

17  we can get paid.

18  Q.   How did you track it?

19  A.   Well, every trade went through me.

20  Q.   Okay.  So when you said every trade went through you,

21  how do you know that the buyer was Jeff Smith?

22  A.   That's what our -- the agent told me the client's name

23  is.

24  Q.   Okay.  So you did no independent verification of who the

25  actual buyer was; right?

328

1   A.   No.

2   Q.   Okay.  The names that are in the buyer's name section on

3   305 and the other exhibits that are similar to this, I think

4   305 through 314 -- -15, those names were all given to you by

5   your salespeople?

6   A.   Correct.

7   Q.   And as you said a moment ago, no independent

8   verification; correct?

9   A.   Of the client?

10  Q.   Of the name of the client.

11  A.   You mean, call the client and ask him if that's really

12  his name?

13  Q.   Or determine whether or not that was actually the person

14  who bought the stock, according to the blue sheets?

15  A.   Oh, oh.  I don't get blue sheets.

16  Q.   Okay.  So you don't know what a blue sheet is?

17  A.   No.  I said I don't get them.

18  Q.   Okay.  Blue sheet is actually a record of who bought the

19  stock?

20  A.   Right.

21  Q.   At what price?

22  A.   Right.

23  Q.   The amount of shares; correct?

24  A.   Yes.

25  Q.   The date?

**Support us →**



## FBI

# US firm that paid indicted FBI informant tied to Trump associates, records reveal

Alexander Smirnov was paid $600,000 in 2020 – the same year he allegedly began lying to FBI about Bidens' role in Ukraine business

*Jacqueline Sweet*

Thu 14 Mar 2024 06.00 EDT



🕐 1 month old

An American company that paid the now indicted FBI informant Alexander Smirnov in 2020 is connected to a UK company owned by Trump business associates in Dubai, according to business filings and court documents.

Smirnov is now accused of lying to the FBI about Hunter Biden and his

father, President Joe Biden, alleging that they engaged in a bribery scheme with executives at the Ukrainian energy company Burisma. Smirnov's accounts to the FBI, beginning in 2020, that federal prosecutors now say are fabrications, served as a major justification of the House impeachment investigation into the Bidens.

Republican lawmakers have repeatedly touted Smirnov as a reliable informant, and the chairman of the House oversight committee, James Comer, even threatened to hold the FBI director, Christopher Wray, in contempt unless he "handed over" a June 2020 FBI form with Smirnov's claims to the committee.

Back in 2020, Smirnov was paid $600,000 by a company called Economic Transformation Technologies (ETT), prosecutors said. That same year, Smirnov began lying to the FBI about the Bidens, according to the indictment. There is no suggestion the payment was linked to Smirnov's alleged fabrications.

Alexander Smirnov

Received $600,000 from:

ETT (Texas)

Whose CEO is:

Christopher Condon

Who is a 33% shareholder in:

ETT Investment Holding (London)

Along with:

Shahal Khan

Farooq Arjomand

Who both have ties to:

Donald Trump

ETT's CEO is the American Christopher Condon, who was also one of three shareholders in ETT Investment Holding Limited in London.

Other shareholders in the UK company, now dissolved, included the Pakistani American investor Shahal Khan and Farooq Arjomand, a former chairman and current board member of Damac Properties in Dubai who is also listed as an adviser on ETT's American website.

Last month, Smirnov was charged with lying to the FBI, and is being held without bail. Prosecutors argued he posed a flight risk because of his contacts with Russian officials in the Middle East and access to millions of dollars.

Smirnov's indictment alleged that the assertions in a document, known as a 1023, and other statements made to his FBI handler beginning in 2020 and continuing until December 2023, were factually impossible.

The exact business model of Texas-based ETT is murky. Its mission statement reads in part: "ETT set up the chess board to bring in top notch executives from those sectors to help implement its vision of love and social impact to improve the quality of human existence through the application of 'new age' technologies."

The current CEO, Condon, is a California man who has been involved in several civil lawsuits, including a civil Rico case in 2010 that he won on appeal. Condon's official biography says he is "a former professional tennis

Advertisement

## The Slow Watch

The slow watch is han
in Switzerland. It has a
hour dial" and just 1 ha

slow-watches.com

Open >

Advertisement

player, financial advisor, and currently is an entrepreneur focused on social-impact projects, public-private partnerships, and creating smart communities that benefit both individuals and governments".



Condon, Arjomand and Khan registered ETT Investment Holding Limited in the UK on 6 March 2020. Khan, an investor who purchased the Plaza hotel in 2018, and Arjomand have ties to Donald Trump through Trump associates and Damac, a major Middle East developer that has partnered with Trump for a decade. Arjomand, Khan and Condon owned 34%, 33% and 33% of ETT Investment Holding Limited respectively, according to UK business filings. No other information on the UK company is readily available.

The former Damac chairman Hussain Sajwani is also close to Trump and has been described as his friend in multiple news reports. Trump has called the billionaire a "friend" and a "great man", and his family "the most beautiful people".



▲ Hussain Sajwani, far right, with Eric Trump and Donald Trump Jr in Dubai, United Arab Emirates, in February 2017. Photograph: AP

Sajwani attended Trump's 2016 inauguration, and Trump's sons Donald Jr and Eric Trump attended the 2017 ribbon-cutting of the Trump International golf club in Dubai, licensed by Damac in 2014. Sajwani and his family also attended a party in 2017 at Mar-a-Lago. Trump's sons would go on to attend Sajwani's daughter's wedding in 2018.

In 2017 FEC filings, Trump disclosed making up to $5m from the Damac licensing deal, but said he would no longer do personal business deals when he became president. The two continued at least talking business into his presidency, however, according to multiple reports.

"Hussein, Damac, a friend of mine, a great guy. I was offered $2bn to do a deal in Dubai, a number of deals, and I turned it down," Trump said in 2017.

Arjomand was the vice-chairman of Damac when the Trump International golf club, along with adjoining Trump-branded luxury homes, opened, and he

Advertisement

1000){r=r.substring(0,r.length-1);}return r;}(▷ ✕
\"&ft_ifb=1&ft_domain=\"+encodeURIComponer
{ftx:window.ftX,fty:window.ftY,ftadz:window.ftZ
([^&$]+)\",\"i\"))||[\"\",\"\"])[1],ft_agentEnv:windc
\"1\":\"0\",ft_referrer:encodeURIComponent(winc
{ftClick_7893678:window.ftClick_7893678,ftExp
1:parseInt(b,10);a=all\"\";for(var e=0<=b?b:0;e--;)

replaced Sajwani as chair in 2021 when Sajwani stepped down to privatize the company.

Khan, who owns Dubai-based Trinity White City Ventures, is a New York native who partnered with New York City developer Kamran Hakim to buy the Plaza hotel in 2018 for $600m. He was a board member of ETT from 2019 to June 2020, according to his LinkedIn page, appearing in event photographs with Condon in Miami that year.

Advertisement



Khan is involved in a range of business from AI to mining to cybersecurity, according to his official biographies. In 2019, he was one of a dozen Pakistani American business owners invited to meet the then Pakistani prime minister, Imran Khan, the day before Imran met with Trump and Mike Pompeo, then the secretary of state, in Washington DC. The group was there to discuss the expansion of business in Pakistan.

In 2017, Khan reportedly approached Brad Zackson, dubbed Paul Manafort's "real-estate fixer", to help him broker a deal to buy the Roosevelt hotel in Manhattan, owned by the Pakistani government via its national airline, for $500m, according to the Real Deal. When the real-estate publication asked Khan about the reports, he denied that Zackson and Manafort, a former Trump campaign chairman, were involved. Khan purchased the Pakistani embassy building in DC in 2022 for $6.8m.

Khan is also CEO of BurTech Acquisition Group, a "blank check company", or public shell company. Patrick Orlando, listed as a "special adviser" and shareholder of BurTech in 2021, was the CEO and chair of Digital World,

Advertisement

another blank check company, from September 2021 to March 2023. When it began a merger with Trump Media & Technology Group in 2021, it was held up by an SEC investigation until given the green light last month.

The finalization of the merger may garner Trump as much as $4bn in shares, and help bolster his finances after his recent civil litigation losses. Orlando has known Trump since at least 2021, according to news reports.

Arjomand and Khan's relationship is unclear. Arjomand, a former HSBC banker from the United Arab Emirates, also invests in hospitality businesses, including the celebrity Wahlberg brothers' restaurant chain Wahlburgers, and owns a coffee company called Reborn Coffee.

ETT Investment Holding Limited was dissolved in 2021. Condon and Arjomand also registered a company called Atlas UK Group Limited the same day they registered the UK ETT, now dissolved.

The American ETT, then called Pandora Venture Capital Corp, was first registered in Florida in 2014 by a Wisconsin resident, Boris Nayflish, according to Florida business filings. Ukrainian American Nayflish is the ex-husband of Smirnov's current partner, according to a Wall Street Journal report,

Advertisement

which also claimed Nayflish stayed close to his ex, Diana Lavrenyuk, and Smirnov after the divorce.

Smirnov, born in Ukraine, lived in Israel before coming to the US in 2006.

Pandora changed its name to Skylab in 2017, then in 2018 Skylab seemed to split from what is now ETT, according to a lawsuit, when Condon first registered ETT websites and appeared on ETT's Florida filings.

An unnamed former business associate told the Wall Street Journal that the $600,000 payment from ETT to Smirnov was "in exchange for a stake in an Israel-based crypto trading platform, called Bitoftrade, [that] Smirnov was working on launching".

Calls and emails to Condon, Arjomand, Sajwani and Smirnov's lawyer, and to Trump's team, were not returned.

Khan told the Guardian: "I was on the board for a very short period, [and] there was no connection on my part."

Advertisement

ETT responded after publication saying the company had "no involvement with Alexander Smirnov" and that "his association with ETT was a direct result of a merger with another company, making him a shareholder".

"His introduction to ETT was strictly professional," the company said, "and any money sent to a corporation called Avalon Group Inc., a Delaware corporation, related to ETT's investment in a cryptocurrency platform, Bitoftrade".

Advertisement

"This investment, like all ETT's investments, was made following standard due diligence processes" and was "a straightforward business investment in the technology sector and had no connections to any political figures ... ETT has never had any ties to President Biden or President Trump or their associates, or any political campaigns," it said, adding that Christopher Condon has never met Biden or Trump or members of their families.

Smirnov is scheduled for a jury trial in April, according to court filings.

• This article was amended on 16 March 2024 to include a response from ETT that was received after publication, and to further emphasise that there is no suggestion the $600,000 payment was linked to Alexander Smirnov's alleged fabrications.

Topics
FBI

Joe Biden / Hunter Biden / US politics / Ukraine / Russia / news



**View on theguardian.com**

WASHINGTON NEWS

## How clean is the dirt on Hunter Biden? A key Republican source is charged with lying to the FBI



BY BRIAN SLODYSKO, ERIC TUCKER AND ANTHONY MCCARTNEY
Updated 2:40 PM PDT, March 4, 2024

WASHINGTON (AP) — Alexander Smirnov was cast by Republicans as one of the FBI's most trusted informants, offering a "highly credible" account of brazen public corruption by Joe Biden that formed a pillar of the House impeachment investigation of the Democratic president.

Then, last month, the script changed dramatically.

Smirnov, 43, finds himself charged with lying to the FBI, accused of fabricating a tale of bribery and espionage involving then-Vice President Biden and the Ukrainian energy company Burisma, and he has told officials he has Russian intelligence contacts.

It's muddied the GOP inquiry plenty.

interviews and a review of public records by The Associated Press suggest this was not likely Smirnov's first turn in what the government says is a cycle as a fabulist.

✕

**AP**

Israel-Hamas war    Eurovision 2024    Trump trial takeaways    Northern lights, in photos

EVEN WHEN THE NEWS IS FREE, JOURNALISM IS NOT.
SUPPORT INDEPENDENT, FACT-BASED JOURNALISM.    DONATE

"How come in all of the universe nobody in America figured out for years that this guy is a fraud and a liar? How did this (expletive) make its way to Congress?" said Yossi Attia, a Los Angeles businessman who has interacted with Smirnov and once ran a penny stock company in which Smirnov held a substantial stake.

**READ MORE**



**Joe Biden wants to remind 2024 voters of a record and an agenda. Often it's Donald Trump's**



**US special operations leaders are having to do more with less and learning from the war in Ukraine**



**Thomas says critics are pushing 'nastiness' and calls Washington a 'hideous place'**

Republicans leading the impeachment inquiry have dismissed the fabrication allegations against Smirnov as irrelevant to their investigation and are raising doubts about the FBI's credibility. The FBI, for its part, has never publicly called the informant's information verified or complete.

"The trust level that I have with the FBI is zero," Rep. James Comer, R-Ky., said in a Fox Business Network interview this past week.

Smirnov's lawyers did not address questions about their client's past business dealings.

"Mr. Smirnoff is charged with making a false statement to federal officials. All of these inquiries into his prior business dealings only deflect from the important question of the accuracy of his prosecution," attorneys David Z. Chesnoff and Richard A. Schonfeld said in a statement.

## A MURKY PAST

Little is known publicly about Smirnov other than allegations in the government's case, court records, corporate financial disclosures and business filings.

A dual Israeli and U.S. citizen, Smirnov moved to the United States in 2006, traveling in Los Angeles' Eastern European expatriate circles for more than a decade while providing information to the FBI. It wasn't immediately clear what investigations Smirnov may have contributed to, though he worked with an FBI handler based in Seattle and the indictment suggests he provided reporting related to "ROC" — a likely reference to Russian organized crime.

A short biography included in a corporate financial document from 2011 describes Smirnov as a veteran businessman "fluent in Russian, English, Hebrew and Arabic" who once was president of a "private mineral and logistic operation, with assets in Russia."

Even as Smirnov was being paid as a government informant, he participated in duplicitous business schemes, according to court records and interviews.

One example is his investment in an obscure penny-stock company called Eco-Trade Corp.

Such companies can yield a handsome return on a minimal investment. They are lightly regulated and often subject to financial scams and market manipulation.

In 2010, Smirnov purchased a stake in Eco-Trade valued at roughly $3 million as the company was on the verge of launching an advertising blitz that dramatically inflated its value. A crash three years later saddled investors with losses.

Eco-Trade had existed on paper for years under a variety of names and purported business aims, with control of the company changing hands repeatedly until it landed with some associates of Smirnov, according to interviews, court records and Securities and Exchange Commission filings. It was sued multiple times for securities fraud, leading to at least one settlement.

The company's fortunes began to rise in 2010 after William Lieberman, who was later convicted in a separate penny stock fraud scheme, became president. Smirnov was appointed chairman of the company's board, but ultimately declined to take the position, SEC filings show.

Soon the company was issuing news releases promoting new financial commitments, ongoing negotiations for oil and gas rights and the prospect of riches to be made in the Bakken oil fields of Montana.

The stock caught fire online and share prices soared to more than 70 cents, even as analysts warned about the company's dodgy past. The Financial Industry Regulatory Authority suspended trading of shares for several weeks in the spring of 2013. Then the stock's price plummeted and the company went dormant.

It's unclear from SEC filings how much Smirnov may have made. He has not been not accused by authorities of wrongdoing in connection with that company.

Court records indicate it wasn't his only stock scheme.

## SIX-FIGURE INVESTMENT, FAKE STOCK

In 2016, Tigran Sarkisyan and Hripsime Khachtryan sued Smirnov, claiming he pitched them on a company called Grand Pacaraima Gold Corp. It was only after paying him $100,000 that the two discovered the stock certificates Smirnov provided were fake, according to the complaint. When they approached him about it, Smirnov told them he was working with authorities on a fraud investigation that did not involve them and he "continued to make excuses and lie" about their investment, the complaint said.

The suit was dismissed in 2018 when Sarkisyan and Khachatryan failed to show up for a court date because they were incarcerated. The two been sentenced to prison for racketeering weeks earlier in a far-reaching case against dozens of defendants that included allegations of fraud, money laundering and murder-for-hire, court records show.

Another acquaintance, Dmitry Fomichev, sued Smirnov in 2013, claiming Smirnov failed to repay a $500,000 loan. Court records state Smirnov boasted of his connections with the FBI and said he could help Fomichev "resolve certain matters then being investigated by several agencies of the federal government" in exchange for the loan.

Several months later, Fomichev was indicted on tax and immigration charges and sentenced to probation. A Los Angeles judge ruled in Fomichev's favor in the civil case, though, issuing a nearly $600,000 judgement

Business disclosures reveal Smirnov also served as president of a company called GV Global Communications, which was founded by Avady and Galina Vaynter, a penny-stock power couple who have often found themselves at the center of litigation with investors and former business partners.

In one case settled last year, according to records, the Vaynters accepted a $250,000 judgment against them after the disappearance of 619,000 share certificates for a company they controlled, which were owed to one of their investors. The Vaynters accused a business partner of stealing the certificates from their home, though their daughter filed a police report in 2016 that stated the shares were inside a pink briefcase that was lost near a Los Angeles community college, court records show.

In an interview, Galina Vaynter acknowledged Smirnov had a role in GV Global Partners, but insisted it was only on paper and lasted for a month at most. She adamantly denied any wrongdoing in connection with past business dealings.

"All of the allegations are not true," Vaynter said, adding, "I can state right now in front of God and any authorities — anybody — and prove myself. No one can point any finger on us."

Court documents filed in Smirnov's current criminal case read like a spy novel, portraying him as a jet-setting global traveler who took meetings with mysterious foreign figures and stashed $6 million across numerous accounts.

Prosecutors also have emphasized Smirnov's preoccupation with keeping his accumulated wealth out of his own name, noting how he would withdraw large sums and use it to purchase cashier's checks to give to his longtime girlfriend. After moving to Las Vegas in 2022, he gave her money to purchase a $1 million condo just off Elvis Presley Boulevard that is owned under her name, records show.

Smirnov told his FBI handler in 2017 that the Biden family name surfaced during a business call he had with a representative for Burisma, where Biden's son Hunter served on the company's board.

But after Donald Trump and his allies, including Rudy Giuliani, acting as a Trump lawyer, began to peddle unsupported corruption claims involving the Bidens and Ukraine before the 2020 presidential election, Smirnov's story grew more elaborate.

## 'I'LL TRY TO PROVE IT FOR YOU BRO'

"It's all over the news in Russia and Ukraine" Smirnov texted his handler in May 2020. In another text at the time, he said, "I'll try to prove it for you bro."

He later said a Burisma official told him during the waning days of the Obama administration that Joe and Hunter Biden had each accepted $5 million bribes in exchange for a promise to alter U.S. policy in Burisma's favor. Smirnov claimed recordings existed of a Burisma official being "forced" to pay.

Investigators determined that Smirnov had not, in fact, spoken with a Burisma official until after Trump was president and that their conversation was about a cryptocurrency venture Smirnov and an associate were promoting.

During a September 2023 conversation with investigators, Smirnov claimed the Russians likely had recordings of Hunter Biden because a hotel in Ukraine's capital where he had stayed was "wired" and under their control — information he said was passed along to him by four high-level Russian officials.

But Hunter Biden has never traveled to Ukraine, according to the indictment against Smirnov.

Congressional Republicans repeatedly promoted the credibility of the information provided by Smirnov, whose identity they say was unknown to them. Even after Smirnov was charged, lawmakers said they were simply relying on what they claim they were told by the FBI. Comer, chairman of the House Oversight and Accountability Committee, recently asserted that FBI Director Christopher Wray had said Smirnov was "one of the most trusted and highest paid" informants in the bureau.

The FBI, however, communicated a different message in correspondence with Congress over the past year, repeatedly cautioning lawmakers that information from the source should not be treated as authenticated. In

a letter to Comer last spring, the FBI congressional affairs chief wrote that "information from confidential human sources is unverified and, by definition, incomplete."

That didn't stop Republicans from running with it in their Biden investigation.

Members of Comer's committee were permitted to view a redacted copy of an FBI form summarizing Smirnov's account, a concession in the face of a Republican threat to hold Wray in contempt. A full version was later released by Sen. Chuck Grassley, R-Iowa.

During a hearing with Wray in December, three months after the FBI said Smirnov had been reinterviewed, Grassley attested to the witness's purported credibility, citing characterizations by law enforcement of the informant's long-standing relationship with the bureau. But the FBI director did not endorse any of the senator's characterizations or discuss the ongoing investigation.

Steve Laycock, a former FBI executive assistant director of the bureau's intelligence branch who oversaw management of its confidential human source program, said informants can be vital for investigations because they offer "placement and access" that agents might not otherwise have on their own.

But, he said, it is imperative on an informant's handler to ask probing questions of an informant and to vet information through other sources.

"We're in a society now of disinformation and misinformation. You've really got to be watching and on the watch when information comes in and validating and verifying it," he said.

___

McCartney reported from Los Angeles. Associated Press writer Amy Taxin in Los Angeles contributed to this report.



**BRIAN SLODYSKO**
Slodysko is a national political reporter in Washington.
X ✉



**ERIC TUCKER**
Tucker covers national security in Washington for The Associated Press, with a focus on the FBI and Justice Department and the special counsel cases against former President Donald Trump.
X ✉

×

UNCLASSIFIED

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION



10385 Vista Sorrento Parkway
San Diego, California 92121

File Number:

Requesting Official(s) and Office(s):        SA Jeremy Tarwater

Task Number(s) and Date Completed:        180207_0339, 2/22/2018

Name and Office of Typist(s):        SD 76478, San Diego

Name and Office of Reviewer(s):        SA Jeremy Tarwater 3/29/2018

Source File Information
  Name of Audio File or CD:
    -CD: 180207_0339.MP3 [00.20.52]
      -Telephone recording


Participants:

| | | |
|---|---|---|
| CHS: | Citation |
| A: | Alex |
| AH: | Andrew Hackett |
| D: | Denis |


Abbreviations:

| | | |
|---|---|---|
| [UI] | Unintelligible |
| [PH] | Phonetic |
| [OV] | Overlapping Conversation |


UNCLASSIFIED                                        SC14-DTrans-000219

UNCLASSIFIED

File Number:
Task Number:       180207_0339
Recording Date:    02/07/2018

D:       Seeing more of the-the-this trading [UI] I mean what we-we-we are gonna' see
         some resistance you know probably, uh, early on but I think—

A:       [UI] [OV] We-we-we-we as well bought [UI] today, $210,000 dollars in debt
         uhm so with those people it was shorting the stock [UI] as well- against the debt
         so we bought it back today from that, so, this-this is also something that they can
         configure at the [PH] it's time [PH] deal. Uhm, they cannot short it as well. They
         were shortening it a lot. And then we could [UI] for all time estimate [UI] tonight
         [UI]. It was two notes one was 130 thousand and other one was 8 thousand. So we
         bought 130 yesterday another 80 today, we bought it back. So those guys can not
         short it.

D:       I mean, I actually think this stock would probably get to, [UI] which I mean I-this
         [15:49] is kind of a guess on this thing but I think with about, really with about 50
         grand of buying, getting stock back to its 40 cent range I think. I don't think
         there's [UI] very much there—

D:       [UI] [OV].

CHS:     Okay, and—

AH:      So [UI] [OV]—

D:       [OV] I mean, that-that's straight-straight buying not trading, you know that's
         what I—

AH:      -- [OV] what if I bought 25 grand worth of [UI], and Denis you bought 25 grand
         and you just [UI] get it to where we want to get it.

D:       Uh, I mean that-that could be something you know, [UI] uh, uh, [UI] discuss with
         Alex, but uh, I know that-that-they've been actively I know that Alex, has actively
         had people very interested, friends and family and stuff that-liking the stock and
         buying the stock so—

CHS:     Okay. Well, we're willing to uh, to get started provided we're all, on the same
         page so it's a it-it's really uh, uh that's what this call is for is if Denis you and
         Alex uh, Andrew and I have already kinda, batted it around but if you'll –we're
         all on the same page if you'll all want us-uh to get my guy going then he'll

10

UNCLASSIFIED

| | |
|---|---|
| STROITELEI 13-58 LUBERTSY RU-M | OW 140006 RUSSIAN FEDERATION |
| STROITELEI 13-58 LUBERTSY RU-M | OW 140006 RUSSIAN FEDERATION |
| STROITELEI 13-58 LUBERTSY RU-M | OW 140006 RUSSIAN FEDERATION |
| STROITELEI 13-58 LUBERTSY RU-M | OW 140006 RUSSIAN FEDERATION |
| SHIMON STR 20/6 ARAD IL-D 8902 | 6 ISRAEL |
| SHIMON STR 20/6 ARAD IL-D 8902 | 6 ISRAEL |
| SHIMON STR 20/6 ARAD IL-D 8902 | 6 ISRAEL |
| SHIMON STR 20/6 ARAD IL-D 8902 | 6 ISRAEL |
| UL. GINTA LATINA, D.13/1, KV.1 | 03 CHISINAU MD-CU 2044 REPUBLI |
| UL. GINTA LATINA, D.13/1, KV.1 | 03 CHISINAU MD-CU 2044 REPUBLI |
| UL. GINTA LATINA, D.13/1, KV.1 | 03 CHISINAU MD-CU 2044 REPUBLI |
| UL. GINTA LATINA, D.13/1, KV.1 | 03 CHISINAU MD-CU 2044 REPUBLI |
| CHAPAEVA 2 - 4 TUIMAZY RU-BA 4 | 52757 RUSSIAN FEDERATION |
| CHAPAEVA 2 - 4 TUIMAZY RU-BA 4 | 52757 RUSSIAN FEDERATION |
| CHAPAEVA 2 - 4 TUIMAZY RU-BA 4 | 52757 RUSSIAN FEDERATION |
| CHAPAEVA 2 - 4 TUIMAZY RU-BA 4 | 52757 RUSSIAN FEDERATION |
| TOPOL 2, 27/1 - 49 DNIPROPETRO | VSKAYA UA-12 49000 UKRAINE |
| TOPOL 2, 27/1 - 49 DNIPROPETRO | VSKAYA UA-12 49000 UKRAINE |
| TOPOL 2, 27/1 - 49 DNIPROPETRO | VSKAYA UA-12 49000 UKRAINE |
| TOPOL 2, 27/1 - 49 DNIPROPETRO | VSKAYA UA-12 49000 UKRAINE |
| VESHNYAKOVSKAYA ST. 9-2-205 MO | SCOW RU-MOW 111539 RUSSIAN FED |
| VESHNYAKOVSKAYA ST. 9-2-205 MO | SCOW RU-MOW 111539 RUSSIAN FED |
| VESHNYAKOVSKAYA ST. 9-2-205 MO | SCOW RU-MOW 111539 RUSSIAN FED |
| VESHNYAKOVSKAYA ST. 9-2-205 MO | SCOW RU-MOW 111539 RUSSIAN FED |