FILED
JUL 08 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

SECURITIES EXCHANGE COMMISSION,

Plaintiff,

vs.

GANNON GIGUIERE, et al.,

Defendants.

Case No.: 18-cv-01530-WQH-JLB

**DEFENDANT'S REQUEST FOR LEAVE TO DEPOSE MATERIAL WITNESS ALEXANDER SMIRNOV IN PRISON**

Defendant, Andrew Hackett, hereby moves pursuant to Fed. R. Civ. Proc. 30(a)(2)(B) for an Order from the Court granting the defendant leave to depose material witness Alexander Smirnov ("Smirnov") in prison. Smirnov is currently incarcerated in MDC Los Angeles in Los Angeles, California (535 N Alameda Street, Los Angeles, CA 90012), as a result of his order of detention in an unrelated criminal case, *U.S. v. Smirnov*, 2:24-cr-00091-ODW (C.D. Cal.).

The defendant has been attempting to schedule with Mr. Smirnov's counsel a deposition date for Smirnov. However, counsel for Smirnov has been unresponsive.

The Court has set a deadline of August 30, 2024, to take the deposition of Alexander Smirnov. Due to the time restraints the Court has set for taking the deposition of Smirnov, the defendant therefore requests leave from the Court to depose Smirnov in prison.

///

///

///

///

Dated: July 8, 2024

/s/ Andrew Hackett

*pro se*

andrewyge@gmail.com