UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GANNON GIGUIERE, et al.,<br><br>Defendants. | Case No.: 18-cv-01530-WQH-JLB<br><br>**ORDER GRANTING DEFENDANT'S REQUEST FOR LEAVE TO DEPOSE MATERIAL WITNESS ALEXANDER SMIRNOV IN PRISON**<br><br>[ECF No. 223] |

Before the Court is Defendant Andrew Hackett's Request for Leave to Depose Material Witness Alexander Smirnov in Prison ("Request for Leave"). (ECF No. 223.) On July 1, 2024, the Court granted in part Defendant Hackett's Motion to Reopen Fact Discovery, providing him 60 days to endeavor to take the deposition of Mr. Alexander Smirnov. (ECF No. 222.) On July 8, 2024, Defendant Hackett filed his Request for Leave, asserting that Mr. Smirnov is currently incarcerated and requesting leave to take Mr.

1

Smirnov's deposition in prison. For the reasons below, the Court **GRANTS** Defendant Hackett's Request for Leave.

Pursuant to Federal Rule of Civil Procedure 30, a party must seek the Court's leave to take a person's deposition if the deponent is incarcerated. Fed. R. Civ. P. 30(a)(2)(B); *See Veterans Rideshare, Inc. v. Navstar In'l Corp.*, 20-cv-1304-BAS-LL, 2021 WL 5966616 at *1 (S.D. Cal. Dec. 16, 2021). The Court must grant leave consistent with Federal Rule of Civil Procedure 26(b)(1) and (2). *Id*. As far as Rule 26(b)(1) and (2), the Court extensively analyzed Defendant Hackett's request to depose Mr. Smirnov in its Order Granting in Part and Denying in Part Defendant Hackett's Motion to Reopen Discovery (ECF No. 222). The Court granted that request, giving Defendant Hackett 60 days to take the deposition, and need not repeat its analysis here. (*Id.*)

Given Mr. Smirnov's asserted present incarceration, the Court grants Defendant Hackett the required leave to depose Mr. Smirnov in prison. In doing so, <u>Defendant Hackett must comply with the Federal Rules of Civil Procedure's other requirements for taking depositions, including those of notice and subpoena</u>. *See Veterans Rideshare, Inc.*, 2021 WL 5966616 at *2. Defendant Hackett must also comply with any and all requirements for taking in-prison depositions set by the Federal Bureau of Prisons or any other relevant facility administrator/custodian. <u>The timeline for Defendant Hackett to take Mr. Smirnov's deposition remains unchanged</u>. (*See* ECF No. 222.)

**IT IS SO ORDERED.**

Dated: July 10, 2024

Hon. Jill L. Burkhardt
United States Magistrate Judge