**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GANNON GIGUIERE, OLIVER-BARRET LINDSAY, ANDREW HACKETT, KEVIN GILLESPIE, AND ANNETTA BUDHU,<br><br>Defendants. | Case No.: 18-civ.-1530-WQH-JLB<br><br>**NOTICE OF MOTION OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION MOTION SUMMARY JUDGMENT AS TO DEFENDANT ANDREW HACKETT**<br><br>**Return Date: September 3, 2024**<br>**Time: TBD**<br>**Location: Courtroom 14B**<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY COURT** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, at a time to be decided by the Court, before the Honorable William Q. Hayes, United States District Judge, located at Courtroom 14B, James M. Carter and Judith N. Keep United States District Courthouse, 333 West Broadway, San Diego, CA 92101, Plaintiff Securities and Exchange Commission (the "SEC") will and hereby does move for summary judgment against defendant Andrew Hackett ("Hackett"). The SEC requests that the Court: (i) grant summary judgment against Hackett as to the Second Cause of Action of the Second Amended Complaint; (ii) order disgorgement of $30,812.30 and prejudgment interest of $11,797.54, to be deemed satisfied in light of the remedies imposed in the parallel Criminal Case *United States v. Hackett*, 18-cr.-3072 (S.D. Cal.); (iii) enjoin Hackett from future violations of Section 10(b) of the Exchange Act and Rule 10b-5 thereunder [15 U.S.C. § 78j(b); 17 C.F.R. § 240.10b-5]; and (iv) impose a penny stock bar against Hackett.

Dated: July 25, 2024

/s/ Christopher J. Dunnigan

Christopher J. Dunnigan
Securities and Exchange Commission
Division of Enforcement
New York Regional Office
100 Pearl Street, Suite 20-100
New York, NY 10004-2616
E-mail: dunnigancj@sec.gov
*Attorney for Plaintiff*
*Securities and Exchange Commission*

**PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action. My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION
100 Pearl St., Suite 20-100, New York, NY 10004-2616
Tel.: (212) 336-0061

On November 27, 2023, I caused to be served the documents entitled: (i) NOTICE OF MOTION FOR SUMMARY JUDGEMENT AS TO ANDREW HACKETT; (ii) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE MOTION FOR SUMMARY JUDGMENT AGAINST ANDREW HACKETT; and (iii) DECLARATION OF CHRISTOPHER J. DUNNIGAN, EXECUTED JULY 25, 2024 on the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at New York, NY, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at New York, NY, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at New York, NY.

☐ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: July 25, 2024
New York, New York

/s/ Christopher J. Dunnigan
Christopher J. Dunnigan

***SEC v. Giguiere***

**United States District Court—Southern District of California**

**Case No. 18-civ.-1530 WQH JLB**

**<u>SERVICE LIST</u>**

Andrew Hackett

***Defendant pro se (by E-File)***