# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No.: 18-cv.-1530-WQH-JLB |
| Plaintiff, | |
| v. | |
| GANNON GIGUIERE, OLIVER-BARRET LINDSAY, ANDREW HACKETT, KEVIN GILLESPIE, AND ANNETTA BUDHU, | |
| Defendants. | |

## DECLARATION OF CHRISTOPHER J. DUNNIGAN

I, Christopher J. Dunnigan, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a Senior Trial Counsel for Plaintiff Securities and Exchange Commission ("Commission"). I am lead counsel for the Commission in this action. I submit this declaration in support of the Commission's Motion for Summary Judgment as to Defendant Andrew Hackett ("Hackett").

2. Attached as Exhibit 1 is the Indictment from the related criminal case, *United States v. Hackett*, 18-cr.-3072 (S.D. Cal.) ("Criminal Case") against Andrew Hackett.

3. Attached as Exhibit 2 is the Jury Instructions from the Criminal Case.

4. Attached as Exhibit 3 is the Jury Verdict from the Criminal Case.

5. Attached as Exhibit 4 is the Judgment from the Criminal Case.

6. Attached as Exhibit 5 is the Order of Restitution from the Criminal Case.

7. Attached as Exhibit 6 if Hackett's Notice of Appeal in the Criminal Case.

1

8. Attached as Exhibit 7 is Hackett's Motion for a New Trial in the Criminal Case.

9. Attached as Exhibit 8 is Exhibit 107 from the Criminal Case.

10. Attached as Exhibit 9 is Exhibit 110 from the Criminal Case.

11. Attached as Exhibit 10 is Exhibit 114 from the Criminal Case.

12. Attached as Exhibit 11 is Exhibit 118 from the Criminal Case.

13. Attached as Exhibit 12 is Exhibit 119 from the Criminal Case.

14. Attached as Exhibit 13 is Exhibit 120 from the Criminal Case.

15. Attached as Exhibit 14 is Exhibit 121 from the Criminal Case.

16. Attached as Exhibit 15 is Exhibit 122 from the Criminal Case.

17. Attached as Exhibit 16 is Exhibit 123 from the Criminal Case.

18. Attached as Exhibit 17 is Exhibit 125 from the Criminal Case.

19. Attached as Exhibit 18 is Exhibit 126 from the Criminal Case.

20. Attached as Exhibit 19 is Exhibit 127 from the Criminal Case.

21. Attached as Exhibit 20 is Exhibit 128 from the Criminal Case.

22. Attached as Exhibit 21 is Exhibit 129 from the Criminal Case.

23. Attached as Exhibit 22 is Exhibit 130 from the Criminal Case.

24. Attached as Exhibit 23 is Exhibit 131 from the Criminal Case.

25. Attached as Exhibit 24 is Exhibit 132 from the Criminal Case.

26. Attached as Exhibit 25 is Exhibit 133 from the Criminal Case.

27. Attached as Exhibit 26 is Exhibit 134 from the Criminal Case.

28. Attached as Exhibit 27 is Exhibit 201 from the Criminal Case.

29. Attached as Exhibit 28 is Exhibit 202 from the Criminal Case.

30. Attached as Exhibit 29 is Exhibit 203 from the Criminal Case.

31. Attached as Exhibit 30 is Exhibit 204 from the Criminal Case.

32. Attached as Exhibit 31 is Exhibit 205 from the Criminal Case.

33. Attached as Exhibit 32 is Exhibit 205A from the Criminal Case.

34. Attached as Exhibit 33 is Exhibit 206 from the Criminal Case.
35. Attached as Exhibit 34 is Exhibit 208 from the Criminal Case.
36. Attached as Exhibit 35 is Exhibit 209 from the Criminal Case.
37. Attached as Exhibit 36 is Exhibit 210 from the Criminal Case.
38. Attached as Exhibit 37 is Exhibit 211 from the Criminal Case.
39. Attached as Exhibit 38 is Exhibit 212 from the Criminal Case.
40. Attached as Exhibit 39 is Exhibit 213 from the Criminal Case.
41. Attached as Exhibit 40 is Exhibit 214 from the Criminal Case.
42. Attached as Exhibit 41 is Exhibit 215 from the Criminal Case.
43. Attached as Exhibit 42 is Exhibit 216 from the Criminal Case.
44. Attached as Exhibit 43 is Exhibit 217 from the Criminal Case.
45. Attached as Exhibit 44 is Exhibit 218 from the Criminal Case.
46. Attached as Exhibit 45 is Exhibit 219 from the Criminal Case.
47. Attached as Exhibit 46 is Exhibit 220 from the Criminal Case.
48. Attached as Exhibit 47 is Exhibit 221 from the Criminal Case.
49. Attached as Exhibit 48 is Exhibit 223 from the Criminal Case.
50. Attached as Exhibit 49 is Exhibit 251 from the Criminal Case.
51. Attached as Exhibit 50 is Exhibit 253 from the Criminal Case.
52. Attached as Exhibit 51 is Exhibit 254 from the Criminal Case.
53. Attached as Exhibit 52 is Exhibit 255 from the Criminal Case.
54. Attached as Exhibit 53 is Exhibit 256 from the Criminal Case.
55. Attached as Exhibit 54 is Exhibit 257 from the Criminal Case.
56. Attached as Exhibit 55 is Exhibit 258 from the Criminal Case.
57. Attached as Exhibit 56 is Exhibit 259 from the Criminal Case.
58. Attached as Exhibit 57 is Exhibit 260 from the Criminal Case.
59. Attached as Exhibit 58 is Exhibit 261 from the Criminal Case.
60. Attached as Exhibit 59 is Exhibit 261.1 from the Criminal Case.

61. Attached as Exhibit 60 is Exhibit 262 from the Criminal Case.
62. Attached as Exhibit 61 is Exhibit 263 from the Criminal Case.
63. Attached as Exhibit 62 is Exhibit 264 from the Criminal Case.
64. Attached as Exhibit 63 is Exhibit 301 from the Criminal Case.
65. Attached as Exhibit 64 is Exhibit 302 from the Criminal Case.
66. Attached as Exhibit 65 is Exhibit 303 from the Criminal Case.
67. Attached as Exhibit 66 is Exhibit 304 from the Criminal Case.
68. Attached as Exhibit 67 is Exhibit 305 from the Criminal Case.
69. Attached as Exhibit 68 is Exhibit 306 from the Criminal Case.
70. Attached as Exhibit 69 is Exhibit 307 from the Criminal Case.
71. Attached as Exhibit 70 is Exhibit 308 from the Criminal Case.
72. Attached as Exhibit 71 is Exhibit 309 from the Criminal Case.
73. Attached as Exhibit 72 is Exhibit 310 from the Criminal Case.
74. Attached as Exhibit 73 is Exhibit 311 from the Criminal Case.
75. Attached as Exhibit 74 is Exhibit 312 from the Criminal Case.
76. Attached as Exhibit 75 is Exhibit 313 from the Criminal Case.
77. Attached as Exhibit 76 is Exhibit 314 from the Criminal Case.
78. Attached as Exhibit 77 is Exhibit 315 from the Criminal Case.
79. Attached as Exhibit 78 is Exhibit 317 from the Criminal Case.
80. Attached as Exhibit 79 is Exhibit 402 from the Criminal Case.
81. Attached as Exhibit 80 is Exhibit 436 from the Criminal Case.
82. Attached as Exhibit 81 is Exhibit 601 from the Criminal Case.
83. Attached as Exhibit 82 is Exhibit 602 from the Criminal Case.
84. Attached as Exhibit 83 is Exhibit 604 from the Criminal Case.
85. Attached as Exhibit 84 is Exhibit 606 from the Criminal Case.
86. Attached as Exhibit 85 is Exhibit 607 from the Criminal Case.
87. Attached as Exhibit 86 is Exhibit 607.1 from the Criminal Case.

88. Attached as Exhibit 87 is Exhibit 608 from the Criminal Case.

89. Attached as Exhibit 88 is Exhibit 609 from the Criminal Case.

90. Attached as Exhibit 89 is Exhibit 609.1 from the Criminal Case.

91. Attached as Exhibit 90 is the October 26, 2023 deposition transcript of Andrew Hackett.

92. Attached as Exhibit 91 is the October 27, 2023 deposition transcript of Andrew Hackett.

93. Attached as Exhibit 92 are pages 1-50 of the July 26, 2021 Criminal Trial transcript.

94. Attached as Exhibit 93 are pages 51-100 of the July 26, 2021 Criminal Trial transcript.

95. Attached as Exhibit 94 are pages 101-115 of the July 26, 2021 Criminal Trial transcript.

96. Attached as Exhibit 95 are pages 116-165 of the July 27, 2021 Criminal Trial transcript.

97. Attached as Exhibit 96 are pages 166-215 of the July 27, 2021 Criminal Trial transcript.

98. Attached as Exhibit 97 are pages 216-265 of the July 27, 2021 Criminal Trial transcript.

99. Attached as Exhibit 98 are pages 266-315 of the July 27, 2021 Criminal Trial transcript.

100. Attached as Exhibit 99 are pages 316-362 of the July 27, 2021 Criminal Trial transcript.

101. Attached as Exhibit 100 are pages 363-412 of the July 28, 2021 Criminal Trial transcript.

102. Attached as Exhibit 101 are pages 413-463 of the July 28, 2021 Criminal Trial transcript.

103. Attached as Exhibit 102 are pages 463-512 of the July 28, 2021 Criminal Trial transcript.

104. Attached as Exhibit 103 are pages 513-536 of the July 28, 2021 Criminal Trial transcript.

105. Attached as Exhibit 104 are pages 537-586 of the July 29, 2021 Criminal Trial transcript.

106. Attached as Exhibit 105 are pages 587-636 of the July 29, 2021 Criminal Trial transcript.

107. Attached as Exhibit 106 are pages 637-657 of the July 29, 2021 Criminal Trial transcript.

108. Attached as Exhibit 107 are pages 658-707 of the July 30, 2021 Criminal Trial transcript.

109. Attached as Exhibit 108 are pages 708-757 of the July 30, 2021 Criminal Trial transcript.

110. Attached as Exhibit 109 are pages 758-780 of the July 30, 2021 Criminal Trial transcript.

111. Attached as Exhibit 110 is Exhibit 32.1 from the Criminal Case.

112. Attached as Exhibit 111 is Exhibit 32.2 from the Criminal Case.

113. Attached as Exhibit 112 is Exhibit 32.3 from the Criminal Case.

114. Attached as Exhibit 113 is an email from the Confidential Witness to Hackett and an undercover FBI agent detailing trades in ASNT stock between December 22, 2017 and January 9, 2018.

115. A review of the Blue Sheet trading data for ANST stock between December 17, 2017 and January 12, 2018, shows that an account run by an undercover FBI agent purchased $30,812.30 of ASNT stock in the open market.

116. During the time period defined in paragraph 115, the undercover FBI agent and Hackett conducted matched trades in ASNT stock, as shown in Exhibit 113.

117. Attached as Exhibit 114 is a prejudgment interest calculation regarding the $30,812.30 amount received by Hackett and referenced in paragraph 115 above. This totals $11,797.54.

118. The entity Hackett controlled and to which Budhu sold 200,000 shares of ASNT stock, as described in the Indictment (Dunnigan Decl. Ex. 1), was FreeLife Investments, Inc. This fact was disclosed to Hackett during his trial in the Criminal Case.

119. The individual referred to as the "confidential witness" in the Indictment is Michael Forster. (Dunnigan Decl. Ex. 1.) This fact was disclosed to Hackett during his trial in the Criminal Case.

120. The individual described as the "cooperating witness" in the SEC's Second Amended Complaint is Michael Forster.

New York, New York
July 25, 2024

                                        /s/ Christopher J. Dunnigan
                                            Christopher J. Dunnigan

## PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION
100 Pearl St., Suite 20-100, New York, NY 10004-2616
Tel.: (212) 336-0061

On July 25, 2024, I caused to be served the document entitled **DECLARATION OF CHRISTOPHER J. DUNNIGAN** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at New York, NY, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at New York, NY, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at New York, NY.

☐ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: July 25, 2024                     /s/ Christopher J. Dunnigan
                                        Christopher J. Dunnigan

8

*SEC v. Giguiere*

**United States District Court—Southern District of California**

**Case No. 18-cv.-1530-H-JLB**

**SERVICE LIST**

Andrew Hackett (andrewgy@gmail.com)

**(by E-File)**

9