# Exhibit 113

# ASNT sales

Received: January 12, 2018 1:03 PM

From: Troutflyfish troutflyfish@protonmail.com

To: Freelifeinvestmentsinc freelifeinvestmentsinc@protonmail.com, Delmarcapital delmarcapital@protonmail.com

AH, J,

Week of trades – please audit.

M

Sent with ProtonMail Secure Email.

---

0.00 KB  1 file attached

📄 ASNT Buys 1.xlsx (7.21 KB)

SEC-USAOSDCA-E-0046943

| ASNT | Volume | Sold | Price | CASH | 30%/50% Commish | 5% |
|---|---|---|---|---|---|---|
| Commission Owed per week | | | | | | |
| 12/22/2017 | 23,430 | 4,000 | $2.06 | $8,240.00 | $2,472.00 | $412.00 |
| PAID | 23,430 | 4,000 | 2 | $8,240.00 | $2,472.00 | $412.00 |
| 1/8/2018 | 1,000 | 1,000 | $1.84 | $1,840.00 | $552.00 | $92.00 |
| 1/8/2018 | 3,000 | 3,000 | $1.85 | $5,550.00 | $1,665.00 | $277.50 |
| 1/9/2018 | 1,700 | 1,700 | $1.66 | $2,822.00 | $846.60 | $141.10 |
| 1/9/2018 | 380 | 380 | $1.69 | $642.20 | $192.66 | $32.11 |
| 1/9/2018 | 100 | 100 | $1.70 | $170.00 | $51.00 | $8.50 |
| 10/10/2018 50% | 2,000 | 2,000 | $1.73 | $3,460.00 | $1,730.00 | |
| 10/10/2018 50% | 2,000 | 2,000 | $1.73 | $3,460.00 | $1,730.00 | |
| 10/11/2018 50% | 1,000 | 1,000 | $2.12 | $2,120.00 | $1,060.00 | |
| 10/11/2018 50% | 1,200 | 1,200 | $2.09 | $2,508.00 | $1,254.00 | |
| Total Owed | 12,380 | 12,380 | | $22,572.20 | $9,081.26 | $551.21 |

1