# Exhibit 114

## U.S. Securities and Exchange Commission
## Prejudgment Interest Report

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| **Violation Amount** | | | | **$30,812.00** |
| 02/01/2018-03/31/2018 | 4.00% | 0.65% | $199.22 | $31,011.22 |
| 04/01/2018-06/30/2018 | 5.00% | 1.25% | $386.58 | $31,397.80 |
| 07/01/2018-09/30/2018 | 5.00% | 1.26% | $395.70 | $31,793.50 |
| 10/01/2018-12/31/2018 | 5.00% | 1.26% | $400.69 | $32,194.19 |
| 01/01/2019-03/31/2019 | 6.00% | 1.48% | $476.30 | $32,670.49 |
| 04/01/2019-06/30/2019 | 6.00% | 1.5% | $488.71 | $33,159.20 |
| 07/01/2019-09/30/2019 | 5.00% | 1.26% | $417.90 | $33,577.10 |
| 10/01/2019-12/31/2019 | 5.00% | 1.26% | $423.16 | $34,000.26 |
| 01/01/2020-03/31/2020 | 5.00% | 1.24% | $422.68 | $34,422.94 |
| 04/01/2020-06/30/2020 | 5.00% | 1.24% | $427.94 | $34,850.88 |
| 07/01/2020-09/30/2020 | 3.00% | 0.75% | $262.81 | $35,113.69 |
| 10/01/2020-12/31/2020 | 3.00% | 0.75% | $264.79 | $35,378.48 |
| 01/01/2021-03/31/2021 | 3.00% | 0.74% | $261.70 | $35,640.18 |
| 04/01/2021-06/30/2021 | 3.00% | 0.75% | $266.57 | $35,906.75 |
| 07/01/2021-09/30/2021 | 3.00% | 0.76% | $271.51 | $36,178.26 |
| 10/01/2021-12/31/2021 | 3.00% | 0.76% | $273.57 | $36,451.83 |
| 01/01/2022-03/31/2022 | 3.00% | 0.74% | $269.64 | $36,721.47 |
| 04/01/2022-06/30/2022 | 4.00% | 1% | $366.21 | $37,087.68 |
| 07/01/2022-09/30/2022 | 5.00% | 1.26% | $467.41 | $37,555.09 |
| 10/01/2022-12/31/2022 | 6.00% | 1.51% | $567.96 | $38,123.05 |
| 01/01/2023-03/31/2023 | 7.00% | 1.73% | $658.01 | $38,781.06 |
| 04/01/2023-06/30/2023 | 7.00% | 1.75% | $676.81 | $39,457.87 |
| 07/01/2023-09/30/2023 | 7.00% | 1.76% | $696.19 | $40,154.06 |
| 10/01/2023-12/31/2023 | 8.00% | 2.02% | $809.68 | $40,963.74 |
| 01/01/2024-03/31/2024 | 8.00% | 1.99% | $814.80 | $41,778.54 |
| 04/01/2024-06/30/2024 | 8.00% | 1.99% | $831.00 | $42,609.54 |

| Prejudgment Violation Range | Quarter Interest Total | Prejudgment Total |
|---|---|---|
| **02/01/2018-06/30/2024** | **$11,797.54** | **$42,609.54** |