FILED
AUG 15 2024
CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SECURITIES EXCHANGE COMMISSION,

Plaintiff,

vs.

GANNON GIGUIERE, et al.,

Defendants.

Case No.: 18-cv-01530-WQH-JLB

**MOTION TO VACATE NOTICE OF DEPOSITION OF ALEXANDER SMIRNOV IN LIGHT OF THE WITNESS'S SWORN AFFIDAVIT IN RESPONSE TO DEFENDANT'S WRITTEN QUESTIONS**

Defendant Andrew Hackett respectfully moves the Court for an order vacating the notice of the taking of the deposition of Alexander Smirnov at 9:00AM MDC Los Angeles, 535 N Alameda Street, Los Angeles, CA 90012, served upon Mr. Smirnov on July 15, 2024, on the ground that Mr. Smirnov has submitted written answers under oath to written questions in lieu of an in-person deposition.

On July 1, 2024, the Court granted in part and denied in part Defendant's Motion to Reopen Discovery. (Dkt. No. 222). On July 8, 2024, Defendant Hackett filed Request for Leave to take Mr. Smirnov's deposition in prison. (Dkt. No. 223). On July 10, 2024, the Court granted Defendant leave to take the deposition of Mr. Smirnov in prison. (Dkt. No. 224).

On July 15, 2024, Mr. Smirnov was served a Subpoena to Testify at a Deposition in a Civil Action. Mr. Smirnov advised Defendant, through his legal counsel David Chesnoff, that Mr. Smirnov intends to assert his Fifth Amendment privilege against all questions submitted by Defendant. Counsel for Plaintiff Securities and Exchange Commission also advised Defendant of the potential difficulty of being permitted entry into the correctional facility that Mr. Smirnov is

currently housed in to take his deposition. Taking into account these factors, Defendant submitted written questions to Mr. Smirnov through his attorney on August 4th, 2024. (Decl. A. Hackett, Exhibit A) In response, Mr. Smirnov agreed to submit an affidavit under penalty and perjury answering the written questions of the defendant. On August 7, 2024, Mr. Smirnov provided his affidavit to the defendant. (Decl. A. Hackett, Exhibit B)

In light of Mr. Smirnov's sworn affidavit answering the written questions submitted by the defendant, Defendant respectfully moves the Court to vacate the Notice of Deposition of Alexander Smirnov. The plaintiff Securities and Exchange Commission does not object to vacating the deposition.

Dated: August 14, 2024

/s/ Andrew Hackett

*pro se*

andrewyge@gmail.com