**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SECURITIES EXCHANGE COMMISSION,<br>Plaintiff,<br>vs.<br>GANNON GIGUIERE. et al..<br>Defendants. | Case No.: 18-cv.-01530-WQH-JLB |

## DECLARATION OF ANDREW HACKETT

I, Andrew Hackett, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am the defendant in this action before the Court. I submit this declaration in support of the Defendant Andrew Hackett's Motion to Vacate Notice of Deposition of Alexander Smirnov In Light of The Witness's Sworn Affidavit In Response To Defendant's Written Questions
2. Attached as Exhibit A is the written questions submitted by Defendant Andrew Hackett to Witness Alexander Smirnov dated August 5, 2024.
3. Attached as Exhibit B is a sworn affidavit of Alexander Smirnov in response to Defendant's written questions dated August 6, 2024

San Diego, California

August 14, 2024

/s/ Andrew Hackett
Andrew Hackett

(*pro se*)

# EXHIBIT A

Andrew Hackett
Defendant in the Matter: *Securities and Exchange Commission v. Gannon Giguiere et al.* Case No. 8-civ.1530 (S.D. Cal.)

**Via Email to Deponent's Counsel**
**(dzchesnoff@cslawoffice.net)**

August 5, 2024

Alexander Smirnov
Deponent - MDC Los Angeles, 535 N Alameda Street, Los Angeles, CA 90012

**Re: Deposition by Written Questions for The Matter - *Securities and Exchange Commission v. Gannon Gigiuere et al.***

Mr. Smirnov:

As per stipulation by both parties in this matter, as well as your consent provided via your undersigned counsel, Mr. David Chesnoff. The following questions are hereby served on you for your responses under penalty and perjury consistent with both the Federal Rules of Evidence and Federal Rules of Civil Procedure:

**QUESTION NO. 1:** Have you traded any of the following stock tickers – HVST (First Harvest Inc.), ASNT (Arias Intel Corp.), and or WRIT (Writ Media Group)?

**QUESTION NO. 2:** Have you notified the Federal Bureau of Investigations of your offshore business dealings?

**QUESTION NO. 3:** Have you provided to the Federal Bureau of Investigations all notes, documents, and or audio recordings regarding business dealings that you have had with Andrew Hackett?

**QUESTION NO. 4:** Did you turn over evidence collected during your involvement with WRIT to the Federal Bureau of Investigations?

**QUESTION NO. 5:** Did you record and preserve all your communications with Andrew Hackett or with others regarding Andrew Hackett?

**QUESTION NO. 6:** Have you traded securities under other individual(s)' names and or brokerage accounts?

**QUESTION NO. 7:** Have you ever been involved in the opening of a brokerage account for your father, Konstantin Smirnov?

**QUESTION NO. 8:** Describe your business relationship with Konstantin Smirnov.

**QUESTION NO. 9:** Have you ever told individuals that you are a Russian oligarch, and or connected to any gang organizations?

**QUESTION NO. 10:** Have you ever threatened Andrew Hackett directly and or indirectly?

**QUESTION NO. 11:** Have you ever been authorized by the Federal Bureau of Investigations to engage in business dealings and or interactions with Andrew Hackett?

**QUESTION NO. 12:** Did you provide all your trades to the Federal Bureau of Investigations?

**QUESTION NO. 13:** Did you provide to the Federal Bureau of Investigations all your trades made through entities and or individuals you had control over?

**QUESTION NO. 14:** Have you ever had nominees that would trade securities for your benefit?

**QUESTION NO. 15:** Were any of your nominees that would trade securities for your benefit residents of Ukraine, Israel, Russia, Austria, and or Czech Republic?

**QUESTION NO. 16:** Did the Federal Bureau of Investigations ever instruct you to withhold your full name during an investigation of a target that you were involved in?

**QUESTION NO. 17:** Do you know an individual named Aleksandr Kostrov?

**QUESTION NO. 18:** Do you know an individual named Anna Timakina?

**QUESTION NO. 19:** Do you know an individual named Spartak Yadgarov?

**QUESTION NO. 20:** Do you know an individual named Maxim Basinski?

**QUESTION NO. 21:** Do you know an individual named Airat Dautov?

**QUESTION NO. 22:** Do you know an individual named Oleksii V. Horiach?

**QUESTION NO. 23:** Do you know an individual named Alexey Mindrull?

**QUESTION NO. 24:** Have any of the individuals named in Questions No. 17-23 traded securities on your behalf?

**QUESTION NO. 25:** Are you able to create false identifications for other individuals?

**QUESTION NO. 26:** Are you able to create fictitious passports for other individuals?

**QUESTION NO. 27:** Did you notify the Federal Bureau of Investigations of the fact that an individual named Boris Nayflish was providing you shareholders lists of the company Writ Media Group?

**QUESTION NO. 28:** Who held approx. 3,500,000 shares of Writ Media Group (WRIT) that you purported to have control over?

**QUESTION NO. 29:** How did you know premature to the execution of the arrest warrant, and the unsealing of the criminal indictment, that Andrew Hackett was to be arrested?

**QUESTION NO. 30:** Which individuals did you share details of Andrew Hackett's arrest?

**QUESTION NO. 31:** Have you ever promised any individual immunity from prosecution?

**QUESTION NO. 32:** Have you ever deleted email conversations with the intent to conceal your business dealings from the Federal Bureau of Investigations?

**QUESTION NO. 33:** Have you ever had communications, either electronic, telephonic and or in person, with Special Agent Jeremy Tarwater of the Federal Bureau of Investigations?

**QUESTION NO. 34:** Have you ever had communications, either electronic, telephonic, and or in person with Assistant United States Attorney Aaron Arnzen?

**QUESTION NO. 35:** Have you ever disobeyed the instructions and or orders of your Federal Bureau of Investigations handler?

**QUESTION NO. 36:** Have you ever threatened any individual with the purported fact that you can "lock them up"?

**QUESTION NO. 37:** Describe your relationship with the offshore brokerage firm Financial Worldwide?

**QUESTION NO. 38:** Are you aware of the execution difficulties with the offshore brokerage firm Pesic Securities?

**QUESTION NO. 39:** Who authorized you to communicate with Andrew Hackett?

**QUESTION NO. 40:** How long were you authorized to communicate with the target of investigation Andrew Hackett?

**QUESTION NO. 41:** How many times while being a confidential human source have you been reprimanded by the Federal Bureau of Investigations?

**QUESTION NO. 42:** Is the individual that you often referenced named "Garth" your Federal Bureau of Investigations handler?

**QUESTION NO. 43:** Describe your relationship with AS Financial?

Please respond to the aforementioned questions under penalty and perjury and return such answers to Mr. Andrew Hackett via email.

Sincerely,

*/s/: Andrew Hackett*

# EXHIBIT B

**DECLARATION OF ALEXANDER SMIRNOV**

I, Alexander Smirnov, hereby declare under penalty of perjury that as to the 43 written questions that Mr. Hackett provided to my lawyer, based upon the advice of counsel I would invoke my rights under the Fifth Amendment at the deposition noticed for August 19, 2024.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 6th day of August, 2024.

ALEXANDER SMIRNOV