CHRISTOPHER J. DUNNIGAN (NYS Bar No. 3054525)
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
100 Pearl Street, Suite 20-100
New York, NY 10004-2616
Telephone: (212) 336-1100
Email: dunnigancj@sec.gov

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GANNON GIGUIERE, OLIVER-BARRET LINDSAY, ANDREW HACKETT, KEVIN GILLESPIE, AND ANNETTA BUDHU,<br><br>Defendants. | Case No.: 18-cv.-1530 WQH/JLB<br><br>**CONSENT MOTION FOR EXTENSION OF CERTAIN PRE-TRIAL DEADLINES**<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY COURT** |

Plaintiff Securities and Exchange Commission ("SEC") respectfully moves the Court to extend certain pre-trial deadlines in the May 14, 2024 Scheduling Order Regulating Dispositive Motions and Other Pre-Trial Proceedings. (Dkt. No. 211.) The SEC has filed a motion for summary judgment against the sole remaining defendant, Andrew Hackett ("Hackett") based on collateral estoppel from Hackett's conviction in the parallel criminal matter *United States v. Hackett*, 18-cr.-3072 (S.D. Cal.) (TWR) (the "Criminal Case"). (Dkt. Nos. 229, *et seq.*, 230, *et seq.*, 236.) The motion

1

is fully briefed. The SEC respectfully requests that the pre-trial deadlines ((a)-(d) below) be extended to 30 days after the Court issues a decision regarding the pending summary judgment motion. In the event that the Court grants the SEC's motion, these deadlines will be moot. Hackett consents to this motion.

The May 14 Scheduling Order currently provides as follows:

(a) The parties must provide pretrial disclosures to each other pursuant to Fed. R. Civ. Proc. 26(a)(3) by October 16, 2024;

(b) The parties shall meet and take the actions required by Local Rule 16.1(f)(4) by October 23, 2024, including the discussion of stipulations and agreements;

(c) Plaintiff must provide to defendant a proposed pretrial order by October 30, 2024;

(d) The parties must file a Proposed Final Pretrial Conference Order with the Court by November 6, 2024;

(e) A final pretrial conference with the Court is scheduled for November 13, 2024 at 9:00 a.m.[1]

---

[1] The SEC does not request a specific date for a potential future pretrial conference with the Court pursuant to (e) above, but respectfully requests that the Court put off such a conference until after the parties have completed a Proposed Pretrial Conference Order, in the event that it is necessary to do so.

2

The SEC respectfully requests this extension to conserve both the parties' and the Court's resources in expending time in pretrial preparation while the summary judgment motion based on collateral estoppel is pending.

Dated: September 25, 2024

/s/ Christopher J. Dunnigan
Christopher J. Dunnigan
Securities and Exchange Commission
Division of Enforcement
New York Regional Office
100 Pearl Street, Suite 20-100
New York, NY 10004-2616
E-mail: dunnigancj@sec.gov
*Attorney for Plaintiff*
*Securities and Exchange Commission*

# **PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action. My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION
100 Pearl St., Suite 20-100, New York, NY 10004-2616
Tel.: (212) 336-0061

On September 25, 2024, I caused to be served the document entitled **CONSENT MOTION FOR EXTENSION OF CERTAIN PRE-TRIAL DEADLINES** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at New York, NY, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at New York, NY, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at New York, NY.

☒ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: September 25, 2024
New York, New York

/s/ Christopher J. Dunnigan
Christopher J. Dunnigan

4

*SEC v. Giguiere*

**United States District Court—Southern District of California**

**Case No. 18-civ.-1530 WQH-JLB**

**SERVICE LIST**

Andrew Hackett

*Defendant pro se (by email)*