NAME AND ADDRESS OF ATTORNEY
Andrew Hackett
(pro se)

PHONE: 619-606-8028



FILED
DEC 0 2 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

TRIAL JUDGE William Q Hayes

COURT REPORTER James C. Pence-Aviles

Securities And Exchange Commission )

CIVIL NO. 3:18-cv-01530-WQH-JLB

(Appellant/Appellee)     Plaintiff

vs

Andrew Hackett

NOTICE OF APPEAL     (Civil)

(Appellant/Appellee)     Defendant

Notice is hereby given that Andrew Hackett

Plaintiff ____ **✗** ____ Defendant above named, hereby appeals to the United States Court of Appeals for the:   (check appropriate box)

**✗**   Ninth Circuit                Federal Circuit

from the:        (check appropriate box) Text

Final Judgment          **✗** Order (describe) **Granting Motion for Summary Judgment**

entered in this proceeding on the 18 day of November 20 24
Transcripts required         Yes      **✗**   No.
Date civil complaint filed: July 6. 2018

Date: December 2, 2024

_A.H._
Signature

::ODMA\PCDOCS\WORDPERFECT\17861\1 May 5, 1999 (10:03am)